STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE C. RILEY, DEFENDANT-APPELLANT.

Argued March 31, 1969—Decided April 21, 1969.

*Mr. Ralph A. Real* argued the cause for appellant.

*Mr. Elliot L. Katz* argued the cause for respondent (*Mr. Vincent P. Keuper,* Monmouth County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division, 101 *N. J. Super.* 402.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.